JAMES BANKS V. THE STATE.

No. 21413. Delivered February 5, 1941.

The opinion states the case.

*R. W. Webb,* of Snyder, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted in the County Court of Scurry County on a charge of violating the liquor laws, and his punishment assessed at forty days in jail.

The proceedings appear regular and the facts are sufficient to warrant the conviction. No bills of exception are presented and there is nothing for this court to consider.

The judgment of the trial court is affirmed.